

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Patrick Brandon Jr., Appellant

No. 06-21-00086-CR      v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 47992-A). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgments and the bill of costs by deleting (1) the $10,000.00 fine in the judgment of conviction of possession of a controlled substance with the intent to deliver (Count I), (2) the $5,000.00 fine in the judgment of conviction of possession of a controlled substance (Count II), (3) the $10,000.00 fine in the judgment of conviction of unlawful possession of a firearm by a felon (Count III), and (4) the $15.00 time payment fee contained in the total costs in the judgment of conviction of possession of a controlled substance with intent to deliver and the bill of costs associated with it. We also modify Brandon's judgment of conviction of possession of a controlled substance with the intent to deliver (Count I) to reflect that Brandon pled "true" to the State's enhancement paragraph rather than "not true." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Patrick Brandon Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk